

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE DAMIEN ESQUER,<br>Defendant. | Case No. CR 17-2027M<br>ORDER OF DETENTION<br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On August 10, 2017, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued by the United States District Court for the Southern District of California. Deputy Federal Public Defender Jennifer Uyeda was appointed to represent Defendant.

Defendant submitted on the Pretrial Services Officer's recommendation of detention.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ unverified background information

    ☒ no bail resources

    ☒ allegations in the violation petition involve absconding from a residential re-entry center in November 2015.

B.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ criminal history includes previous violations of supervised release

    ☒ History of drug use

    ☒ allegations in the violation petition involve absconding from a residential re-entry center in November 2015.

## III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: August 15, 2017

                                                /s/
                                  ALKA SAGAR
                                UNITED STATES MAGISTRATE JUDGE